**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Miguel JUAREZ–GONZALEZ, also known as Miguel Gonzalez, Defendant–Appellant.**

**No. 04–50243. Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided June 22, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Guillermo Jose Gonzalez, Buford & Jordon, Austin, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

Court-appointed counsel for Miguel Juarez-Gonzalez (Juarez) has moved for leave

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Juarez has filed a response to the motion. Our review of the brief filed by counsel, Juarez's response, and the record discloses no nonfrivolous issue for appeal. We conclude that the record is insufficiently developed to allow consideration on direct appeal of Juarez's claim of ineffective assistance of counsel. *See United States v. Higdon,* 832 F.2d 312, 314 (5th Cir.1987). Accordingly, without prejudice to Juarez's right to file a motion pursuant to 28 U.S.C. § 2255, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Juarez's motions for the appointment of counsel and to proceed in forma pauperis are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.